UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:<br>ROBERT E COLE,<br>MATTIE M COLE,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-35541<br><br>Chapter: 13<br><br>Honorable Carol A. Doyle |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CAUSE coming to be heard on the motion of U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST, by and through its attorney, ERIC FELDMAN & ASSOCIATES, P.C., the court having jurisdiction, being advised in the premises and due notice having been given:

IT IS HEREBY ORDERED:

That the automatic stay hereto is lifted to the extent necessary to allow U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST, to foreclose on the real property commonly known as 7643 W 63rd Place, Summit, Illinois 60501.

Enter: *Carol A. Doyle* (signature)

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 1/10/19

**Prepared by:**
Eric Feldman & Associates, P.C.
123 W. Madison St STE 1650
Chicago, IL 60602
312-344-3529; Fax: 877-571-4228